U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 16 2022
AT____ O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:22-CR-207 (GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| SEAN MORRISSEY, | ) Violation: 18 U.S.C. § 2244(a)(4) |
| | ) [Abusive Sexual Contact with a Ward] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense: Rensselaer |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Abusive Sexual Contact with a Ward]**

Between on or about September 7, 2018 and on or about September 21, 2018, in Rensselaer County in the Northern District of New York, in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any federal department or agency, the defendant, **SEAN MORRISSEY**, did knowingly engage in sexual contact with another person, who at that time was in official detention and under the under the custodial, supervisory, and disciplinary authority of the defendant, in that the defendant, a Correctional Officer at Rensselaer County Correctional Facility ("RCCF") in Troy, New York, did rub the genitalia of A.M., a female federal inmate housed at RCCF by direction of and pursuant to a contract and agreement with the United States Marshals Service, with the intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, in violation of Title 18, United States Code, Section 2244(a)(4).

Dated: June 16, 2022

A TRUE BILL.  *Name Redacted

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Benjamin S. Clark
Assistant United States Attorney
Bar Roll No. 703519

2